1224

No. 91–7946. NICOLAUS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–8007. LEONARD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 91–8009. DAVIS v. STRUBBE ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–8049. JOHNSON v. QUINLAN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–8094. POTTS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–8111. KENNEDY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 91–8147. WHITE v. TEMPLE UNIVERSITY. C. A. 3d Cir. Certiorari denied.

No. 91–8161. JOHNSON v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 91–8162. JEFFREY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 91–8164. REESE v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 91–8168. KOLICHMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–8172. MOSKALUK v. LOUISIANA ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–8174. LONG v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–8175. BENIRSCHKE v. INDIANA. Sup. Ct. Ind. Certiorari denied.